**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2327**

———————

In Re: FREDERICK H. QUARLES,

                                                    Debtor.

_____

FREDERICK H. QUARLES,

                                        Plaintiff - Appellant,

HOLLACE H. QUARLES, J. BARRETT JONES, Esquire,

                                                Plaintiffs,

          versus

W. ALAN SMITH, JR., Trustee,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CA-96-104-3, BK-94-1495-7-WA3, AP-96-3A)

———————

Submitted: October 8, 1998          Decided: October 21, 1998

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frederick H. Quarles, Appellant Pro Se.  John Ernest Falcone, SMITH & FALCONE, Lynchburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his "Motion for Rehearing" in this bankruptcy action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Quarles v. Smith</u>, Nos. CA-96-104-3; BK-94-1495-7-WA3; AP-96-3A (W.D. Va. Aug. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>